UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

2:26-cv-00022-BHH

| | |
|---|---|
| Daryl Wilson,<br><br>Plaintiff,<br><br>v.<br><br>Outback Steakhouse of Florida, LLC and SCG-North Rivers, LLC,<br><br>Defendants. | C.A. No: ___________________<br><br>**DEFENDANT OUTBACK STEAKHOUSE OF FLORIDA, LLC'S RESPONSE TO FED. R. CIV. P. RULE 7.1 CORPORATE DISCLOSURES** |

Defendant Outback Steakhouse of Florida, LLC ("Outback"), submits the following Corporate Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) state that there is no such corporation.

**RESPONSE:** **Outback Steakhouse of Florida, LLC is not a publicly held company. Outback Steakhouse of Florida, LLC is a wholly owned subsidiary of OSI Restaurant Partners, LLC. OSI Restaurant Partners, LLC is a wholly owned subsidiary of OSI HoldCo, Inc. OSI HoldCo, Inc. is a wholly owned subsidiary of OSI HoldCo I, Inc. OSI HoldCo I, Inc. is a wholly owned subsidiary of OSI HoldCo II, Inc. OSI HoldCo II, Inc. is a wholly owned subsidiary of Bloomin' Brands, Inc.**

**Bloomin' Brands, Inc. is a publicly traded company and is traded on the New York Stock Exchange.**

**There is no publicly held corporation owning 10% or more of stock in Bloomin' Brands, Inc.**

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,
COLLINS & LACY, P.C.

By: *s/Pamela J. Larson*
CHRISTIAN STEGMAIER
Fed. ID No.: 8007
cstegmaier@collinsandlacy.com
PAMELA J. LARSON
Fed. ID No.: 13686
plarson@collinsandlacy.com
1330 Lady Street, Sixth Floor (29201)
Post Office Box 12487
Columbia, SC 29211
803.256.2660 (voice)
803.771.4484 (fax)

ATTORNEYS FOR DEFENDANT
OUTBACK STEAKHOUSE OF
FLORIDA, LLC

**DEFENDANT OUTBACK STEAKHOUSE OF FLORIDA, LLC'S RESPONSE TO FED. R. CIV. P. RULE 7.1 CORPORATE DISCLOSURES**

Columbia, South Carolina
January 5, 2026