**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Daryl Wilson,<br><br>Plaintiff,<br><br>v.<br><br>Outback Steakhouse of Florida, LLC and SCG-North Rivers, LLC,<br><br>Defendants. | ) | Civil Action No. 2:26-cv-00022-BHH<br><br>**NOTICE OF APPEARANCE** |

Thomas R. Hollowell, Esquire, of the law firm of Wood Smith Henning and Berman, LLP, gives notice of his appearance as counsel for Defendant SCG-North Rivers, LLC, in the above-captioned matter. Please forward any future pleadings and/or correspondence to the following address.

Thomas R. Hollowell
Wood Smith Henning & Berman, LLP
4000 S. Faber Place, Suite 300
Charleston, SC 29405
(854) 895-3994
thollowell@wshblaw.com

Respectfully submitted this 22nd day of September, 2026.

**WOOD SMITH HENNING & BERMAN, LLP**

*s/ Thomas R. Hollowell*
Thomas R. Hollowell (Fed. Bar ID: 13889)
4000 S. Faber Place Drive, Suite 300
Charleston, SC 29405
(854) 895-3994
thollowell@wshblaw.com
*Counsel for Defendant SCG-North Rivers, LLC*